AO 91 (Rev. 11/11) Criminal Complaint

FILED

APR -6 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Jay PARK

Defendant(s)

Case No. EP-17-mj-1343-ATB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 4, 2017 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 USC 841 | Possession with intent to distribute marijuana, to wit: 65.7 kilograms |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

*Complainant's signature*

Irma Gamez, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/06/2017

*Judge's signature*

City and state: El Paso, Texas

United States Magistrate Anne T. Berton

*Printed name and title*

## ATTACHMENT A

I, Irma Gamez, am a duly sworn Special Agent with the Drug Enforcement Administration ("DEA"), having been so employed since September 2016. While employed as a Special Agent with the DEA, I received specialized training in drug investigations and was designated by the Attorney General of the United States of America to be empowered with Title 21 authority, which authorizes me to seize and arrest anyone for violations of the Controlled Substance Act. I make this affidavit, in part, based on my personal training, experience, and personal knowledge derived from my participation in this investigation, and, in part, based upon information from other DEA special agents and other law enforcement officers, agents and agencies in the United States.

## FACTS

On April 4, 2017 Unites States Border Patrol Agents (USBP) Agent Oliver Medrano and USBP Agent Jesus Armendariz along with his canine partner Moro, were assigned traffic check duties at the USBP Sierra Blanca Checkpoint located on Interstate-10 east mile marker 102.5 west of Sierra Blanca, Texas.

At approximately 9:40 a.m., white Freightliner tractor trailer bearing California license plate 4NX2089 hauling a white trailer bearing Indiana license plate 2447869, entered the checkpoint for the purpose of an immigration inspection of its vehicle occupants. When the vehicle arrived at Agent Medrano's location, Agent Medrano identified himself as a United States Border Patrol Agent and requested the driver, later identified as Jay PARK to state his citizenship. While USBP Agent Medrano was conducting his immigration inspection, USBP Agent Armendariz advised USBP Agent Medrano of the canine's positive alert. At that time, USBP Agent Medrano directed PARK to drive the tractor trailer to and park in secondary inspection for further investigation.

Once in secondary inspection area, USBP Agents requested PARK to exit the trailer cabin to allow USBP Agent Armendariz and canine Moro to perform a systematic non-intrusive canine sniff of the exterior of the tractor trailer. USBP Agent Armendariz noticed canine Moro alert to the seams of the passenger's side door of the trailer. USBP Agent Armendariz allowed canine Moro to enter the cabin of the trailer and noticed that canine Moro alerted to the Fed-Ex boxes located in the sleeper cabin of the trailer. USBP Agents opened the boxes which revealed numerous vacuum sealed plastic bags containing a green leafy substance which later tested positive for the properties of marijuana. A total of 65.7 kilograms was removed from the trailer. At that point, PARK was placed under arrest.

Once inside the checkpoint, USBP Agent Medrano read PARK his Miranda rights per form I-214 as witnessed by USBP Armendariz. PARK verbally acknowledged that he understood his rights and signed the form. PARK then willingly stated that the marijuana belonged to his boss Charles CHA.

On April 4, 2017, DEA Agent Irma Gamez and DEA Agent Marco Garza were notified of the facts of the case and stated that they would be responding to the United States Border Patrol in Sierra Blanca, Texas.

Once DEA Agent Gamez and DEA Agent Garza arrived to the checkpoint, SA Gamez read PARK his Miranda Rights as witnessed by SA Garza to which PAEK verbally acknowledged that he understood and signed the rights form waiving his right to have an attorney present during questioning.

PARK stated that in August 2016, PARK began working for Charles CHA as a truck driver. PARK stated that in October 2016, CHA asked PARK to transport a box from Chino, California to Atlanta, Georgia. PARK stated that the box was not part of the legitimate load he was transporting and that the box was placed in the cabin of the trailer. PARK stated that CHA instructed PARK not to annotate the additional box on the log book which truck drivers are required to fill. PARK stated that since October 2016 he has successfully delivered multiple boxes to Atlanta, Georgia on at least five (5) previous occasions.

PARK gave SA Gamez and SA Garza consent to search his cell phone, both verbally and in writing by signing a DEA Consent to Search form. A search of PARK's cell phone revealed numerous text messages between PARK and CHA in which they discuss the transportation of the "boxes". On February 21, 2017, PARK received a message from CHA in which CHA advised that his "packages" are getting larger and asked PARK if he could assist with the transportation in exchange for payment, to which PARK agreed.

Based on the above, your affiant respectfully requests that this Honorable Court issue an Arrest Warrant charging Jay PARK with violations of Title 21, United States Code, Section 841 (a)(1) and 846.

Prosecution of this case was accepted by Assistant United States Attorney Rob White.